IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY JACKSON, on behalf of himself and all other similarly situated persons, known and unknown,<br><br>          Plaintiff,<br><br>v.<br><br>ADVANCED ASSET RECOVERY, LLC and MARIA MAZZULLA, individually.<br><br>          Defendants. | Case No.: 14-CV-3044<br>Assigned Judge: Harry D. Leinenweber<br>Designated Magistrate Judge: Susan E. Cox |

## ANSWER TO PLAINTIFF'S COMPLAINT AT LAW

NOW COMES the Defendant, ADVANCED ASSET RECOVERY, LLC, by and through its attorneys, MALATESTA LAW OFFICES, LLC, and for its Answer to Plaintiff's Complaint at Law, states as follows:

### NATURE OF ACTION

1. Defendant admits the existence of the Illinois Minimum Wage Law, 820 Ill. Comp. Stat 105/1, *et seq*, and the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, but denies that it is applicable or that it violated either statute.

### JURISDICTION

2. Defendant admits the allegations contained in paragraph 2.

3. Defendant denies the allegations contained in paragraph 3.

### PARTIES

4. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 4 and therefore neither admits nor denies but demands strict proof thereof.

1

5. Defendant denies the allegations contained in paragraph 5.

6. Defendant admits the allegations contained in paragraph 6.

7. Defendant denies the allegations contained in paragraph 7.

8. Defendant admits the allegations contained in paragraph 8.

9. Paragraph 9 is not directed at this answering Defendant. Accordingly, Defendant neither admits nor denies. Should this Court rule that the allegations are directed at this Defendant, all allegations are denied.

## FACTUAL ALLEGATIONS

10. Defendant admits the allegations contained in paragraph 10.

11. Defendant admits the allegations contained in paragraph 11.

12. Defendant admits the allegations contained in paragraph 12.

13. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 13 and therefore neither admits nor denies but demands strict proof thereof.

14. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 14 and therefore neither admits nor denies but demands strict proof thereof.

15. Defendant denies the allegations contained in paragraph 15.

16. Defendant denies the allegations contained in paragraph 16.

## CLASS ALLEGATIONS

17. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 17 and therefore neither admits nor denies but demands strict proof thereof.

18. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 18 and therefore neither admits nor denies but demands strict proof thereof.

19. Defendant denies the allegations contained in paragraph 19.

20. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 20 and therefore neither admits nor denies but demands strict proof thereof.

21. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 21 and therefore neither admits nor denies but demands strict proof thereof.

22. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 22 and therefore neither admits nor denies but demands strict proof thereof.

23. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 23 and therefore neither admits nor denies but demands strict proof thereof.

24. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 24 and therefore neither admits nor denies but demands strict proof thereof.

25. Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 25 and therefore neither admits nor denies but demands strict proof thereof.

26. Defendant denies the allegations contained in paragraph 26.

## COUNT I – ILLINOIS MINIMUM WAGE LAW
### (Class Action)

27. Defendant incorporates its answers to paragraphs 1-26 as though fully stated and set forth herein.

28. Defendant admits the existence of the Illinois Minimum Wage Law, 820 Ill. Comp. Stat 105/1, *et seq*, but denies that it is applicable or that it violated the statute.

29. Defendant denies the allegations contained in paragraph 29.

30. Defendant denies the allegations contained in paragraph 30.

WHEREFORE, Defendant, ADVANCED ASSET RECOVERY, LLC, denies that the Plaintiffs are entitled to judgment against them in any amount whatsoever under any circumstances and respectfully requests judgment in its favor and against Plaintiffs, for costs and for any further relief deemed appropriate by the Court.

## COUNT II – FAIR LABOR STANDARDS ACT
### (Collective Action)

31. Defendant incorporates its answers to paragraphs 1-16 as though fully stated and set forth herein.

32. Defendant admits the existence of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*, but denies that it is applicable or that it violated the statute.

33. Defendant admits that a plaintiff may maintain an action under 29 U.S.C. § 216(b). All remaining allegations contained in paragraph 33 are denied.

34. Defendant denies the allegations contained in paragraph 34.

35. Defendant denies the allegations contained in paragraph 35.

36. Defendant denies the allegations contained in paragraph 36.

37. Defendant denies the allegations contained in paragraph 37.

38. Defendant admits the allegations contained in paragraph 38.

39. Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 39 and therefore neither admit nor deny but demands strict proof thereof..

40. Defendant denies the allegation s contained in paragraph 40.

WHEREFORE, Defendant, ADVANCED ASSET RECOVERY, LLC, denies that the Plaintiffs are entitled to judgment against them in any amount whatsoever under any circumstances and respectfully requests judgment in its favor and against Plaintiffs, for costs and for any further relief deemed appropriate by the Court.

Respectfully submitted,

MALATESTA LAW OFFICES, LLC

By: _____
Attorney for Defendant

Michael J. Malatesta
**MALATESTA LAW OFFICES, LLC**
134 North LaSalle Street, Suite 425
Chicago, Illinois 60602
p. (312) 445-0514
f. (312) 264-0650
ARDC No. 6276642